IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

HONGDA CHEM USA, LLC, et al.,            )
                                         )
            Plaintiffs,                  )
                                         )
        v.                               )    1:12CV1146
                                         )
SHANGYU SUNFIT CHEMICAL                  )
COMPANY, LTD.                            )
                                         )
            Defendant.                   )

ORDER

On October 8, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docket Entries 33 & 34.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation (Docket Entry 33) is hereby adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff's motion [Doc. Entry 24) to amend its complaint is GRANTED, and YMS is added as a defendant in this matter.

This the 25th day of March, 2014.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge