IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
CASE NO. 1:12-CV-1146

| | |
|---|---|
| HONGDA CHEM USA, LLC, and HONGDA GROUP LIMITED, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SHANGYU SUNFIT CHEMICAL COMPANY, LTD. and YMS AGRICULTURE INTERNATIONAL CORP., <br><br> Defendants. <br><br> and <br><br> SHANGYU SUNFIT CHEMICAL COMPANY, LTD., <br><br> Third-Party Plaintiff, <br> v. <br><br> GARY DAVID MCKNIGHT; RAYMOND P. PERKINS; WEI XU; ECO AGRO RESOURCES LLC; VASTO CHEMICAL COMPANY, INC.; and KADI RESOURCES LLC, <br><br> Third-Party Defendants. | **DEFENDANT AND THIRD-PARTY PLAINTIFF SHANGYU SUNFIT CHEMICAL COMPANY, LTD'S PRETRIAL DISCLOSURES** |

Defendant and Third-Party Plaintiff Shangyu Sunfit Chemical Company, Ltd. ("Sunfit"), through counsel and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, hereby makes the following Pretrial Disclosures.

## I. WITNESSES

In addition to those persons listed below, Sunfit may call as witnesses any persons identified by plaintiffs Hongda Chem USA, LLC and Hongda Group Limited, LLC ("Plaintiffs"), defendant YMS Agricultural International Corp. ("YMS"), and/or third-party defendants Gary David McKnight ("McKnight"), Raymond P. Perkins ("Perkins"), Wei Xu ("Xu"), and Vasto Chemical Company, Inc. ("Vasto"), and Kadi Resources LLC (collectively, the "Third-Party Defendants") as a witness in their respective Pretrial Disclosures. Sunfit also reserves the right to call such witnesses and designate such deposition testimony as may be necessary to rebut or impeach testimony or other evidence presented by any other party's witnesses. Subject to the foregoing:

**A. Witnesses Sunfit expects to present:**

1. Weihang Wang, a representative of Sunfit. Mr. Wang can be contacted through counsel for Sunfit.

2. Gary David McKnight. Mr. McKnight can be contacted through counsel for Plaintiffs and Third-Party Defendants.

3. Raymond P. Perkins. Mr. Perkins can be contacted through counsel for Plaintiffs and Third-Party Defendants.

4. Wei Xu. Mr. Xu can be contacted through counsel for Plaintiffs and Third-Party Defendants.

5. John W. Meara, Sunfit's expert witness. Mr. Meara can be contacted through counsel for Sunfit.

6. Jerry McKnight. Mr. McKnight, as an employee of Plaintiffs and the corporate Third-Party Defendants, can be contacted through counsel for Plaintiffs and Third-Party Defendants.

**B. Witnesses Sunfit may call if the need arises:**

1. Amber Bowman. Ms. Bowman, as an employee of Plaintiffs and the corporate Third-Party Defendants, can be contacted through counsel for Plaintiffs and Third-Party Defendants. Ms. Bowman's last known address is otherwise 4290 Cedarcrof Ct. Unit 2B, Greensboro, NC 27409.

2. Sheldon Witte of Agrium Advanced Technologies. The last known contact information for Mr. Witte is 5798 Sierra Drive, Fort Collins, CO 80528.

3. Jianheng (Matt) Chen. Mr. Chen, as an employee of defendant YMS, can be contacted through counsel for YMS.

4. James Bolding. Mr. Bolding's last known address is 306 Rose Valley Woods Drive, Cary, NC 27513.

5. Skylar Trivette. Ms. Trivette is a former employee of Plaintiffs and the corporate Third-Party Defendants. Ms. Trivette's last known contact information is 1720 Old Saint Marks Church Road, Apt. 4-1A, Burlington, NC 27215.

**C. Witnesses whose testimony Sunfit expects to present via deposition:**

Sunfit intends to present deposition testimony of the following individuals. The specific sections on the deposition transcripts are also listed below in Section II as Exhibits.

1. Gary David McKnight.
2. Raymond P. Perkins.
3. Wei Xu.

4. Jerry McKnight.

5. Sheldon Witte.

Pursuant to Rule 32(a)(6) of the Federal Rules of Civil Procedure, if Plaintiffs, YMS or the Third-Party Defendants present witness testimony by deposition and only introduce a portion of the deposition, Sunfit reserves the right to require the introduction of other portions of the deposition or introduce other portions itself and reserves the right to introduce additional portions of depositions, not identified below, for impeachment purposes. Plaintiff designates the following portions of the video depositions of the above-named witnesses:

| **Witness/Deposition Date** | **Page and Line Designation** |
|---|---|
| Gary David McKnight/August 5, 2016 | 13:1-15:7 |
| Gary David McKnight/August 5, 2016 | 132:2-133:23 |
| Gary David McKnight/August 5, 2016 | 209:9-210:12 |
| Gary David McKnight/August 5, 2016 | 204:13-205:15 |
| Gary David McKnight/August 5, 2016 | 105:23-106:20 |
| Gary David McKnight/August 5, 2016 | 182:10-183:20 |
| Gary David McKnight/August 5, 2016 | 206:3-21 |
| Gary David McKnight/August 5, 2016 | 207:13-21 |
| Gary David McKnight/August 5, 2016 | 209:9-23 |
| Gary David McKnight/August 5, 2016 | 219:8-221:25 |
| Gary David McKnight/August 5, 2016 | 195:17-196-21 |
| Gary David McKnight/August 5, 2016 | 41:15-42:2 |
| Gary David McKnight/August 5, 2016 | 63:12-64:13 |

| | |
|---|---|
| Gary David McKnight/August 5, 2016 | 193:24-195:16 |
| Gary David McKnight/August 5, 2016 | 206:3-207:3 |
| Wei Xu/October 14, 2016 | 52:2-53:16 |
| Wei Xu/October 14, 2016 | 63:5-64:8 |
| Wei Xu/October 14, 2016 | 118:2-119:12 |
| Wei Xu/October 14, 2016 | 166:21-168:20 |
| Wei Xu/October 14, 2016 | 8:21-12:25 |
| Wei Xu/October 14, 2016 | 22:8-27:19 |
| Wei Xu/October 14, 2016 | 29:2-30:20 |
| Wei Xu/October 14, 2016 | 53:5-55:7 |
| Wei Xu/October 14, 2016 | 79:6-80:22 |
| Wei Xu/October 14, 2016 | 88:4-22 |
| Wei Xu/October 14, 2016 | 113:2-114:5 |
| Wei Xu/October 14, 2016 | 130:17-132:8 |
| Wei Xu/October 14, 2016 | 145:4-148:25 |
| Wei Xu/October 14, 2016 | 187:2-17 |
| Wei Xu/October 14, 2016 | 118:2-119:12 |
| Wei Xu/October 14, 2016 | 97:24-98:10 |
| Wei Xu/October 14, 2016 | 183:4-15 |
| Wei Xu/October 14, 2016 | 151:19-153:15 |
| Raymond Perkins/April 26, 2013 | 314:2-22 |
| Raymond Perkins/April 25, 2013 | 103:9-13 |
| Raymond Perkins/April 26, 2013 | 368:3-16 |

| | |
|---|---|
| Raymond Perkins/April 26, 2013 | 384:1-9 |
| Raymond Perkins/April 26, 2013 | 400:3-15 |
| Raymond Perkins/April 26, 2013 | 407:24-409:2 |
| Raymond Perkins/April 25, 2013 | 130:22-131:23 |
| Raymond Perkins/April 25, 2013 | 54:4-9 |
| Raymond Perkins/April 25, 2013 | 67:16-70:13 |
| Raymond Perkins/April 25, 2013 | 117:16-120:4 |
| Raymond Perkins/April 26, 2013 | 231:2-232:14 |
| Raymond Perkins/April 26, 2013 | 233:5-234:25 |
| Raymond Perkins/April 26, 2013 | 238:1-239:15 |
| Raymond Perkins/April 26, 2013 | 264:14-23 |
| Raymond Perkins/April 26, 2013 | 275:1-277:3 |
| Raymond Perkins/April 26, 2013 | 352:19-360:13 |
| Jerry McKnight /August 4, 2016 | 17:3-18:7 |
| Sheldon Witte/February 13, 2017 | 60:5-61:14 |
| Sheldon Witte/February 13, 2017 | 47:24-49:12 |
| Sheldon Witte/February 13, 2017 | 49:13-50:11 |
| Sheldon Witte/February 13, 2017 | 38:19-39:15 |
| Matt Chen/November 21, 2016 | 16:8-17:5 |
| Matt Chen/November 21, 2016 | 29:13-25 |
| Matt Chen/November 21, 2016 | 48:5-9 |
| Matt Chen/November 21, 2016 | 48:17-50:2 |
| Matt Chen/November 21, 2016 | 122:1-128:21 |

| Matt Chen/November 22, 2016 | 113:3-117:17 |
| Matt Chen/November 21, 2016 | 66:11-67:1 |
| Matt Chen/November 21, 2016 | 107:19-110:24 |
| Matt Chen/November 22, 2016 | 99:7-101:7 |

## II. EXHIBITS

In addition to the documents identified herein, Sunfit may use as exhibits any documents identified by Plaintiffs, YMS, and/or the Third-Party Defendants in their Pretrial Disclosures. Sunfit also reserves the right to use such documents or other exhibits as may be necessary to rebut or impeach testimony or other evidence presented by any other party. Subject to the foregoing:

### A. Documents Sunfit expects to offer as exhibits:

| No. | Description | Bates No. |
|---|---|---|
| 1000. | September 7, 2010 e-mails between Hongda and Sunfit. | Hongda_407-408 |
| 1001. | First Agreement between Sunfit and Hongda | None |
| 1002. | Corporate Registration for Hongda Chem USA, LLC from the North Carolina Department of the Secretary of State | None |
| 1003. | January, 2011 e-mails between McKnight, Perkins and Xu | Hongda_11080-11081 |
| 1004. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016; p. 16:8-17:5. | None |
| 1005. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016– page 29:13-25. | None |
| 1006. | March 29, 2011 e-mails from Xu to his Chinese associates. | Hongda_11585-11586 |
| 1007. | April 28, 2011 e-mails from Xu to patent attorney. | Hongda_11864-11867 |
| 1008. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016, page 48:5-9. | None |
| 1009. | Corporate Registration for Hongda Group Limited, LLC from the North Carolina Department of the Secretary of State | None |
| 1010. | July 8, 2011 e-mail from McKnight to Dr. Yang | Hongda_18390 |
| 1011. | July 8, 2012 e-mail from Xu to Perkins | Hongda_13982-13983 |

7

| | | |
|---|---|---|
| 1012. | July 16, 2011 e-mail from Dr. Yang to McKnight, Perkins and Xu | Hongda_13016 |
| 1013. | July 16, 2011 e-mail from Xu to McKnight and Perkins | Hongda_13047 |
| 1014. | July 28, 2011 e-mail from Xu to McKnight | Hongda_363 |
| 1015. | July 28, 2011 e-mail from Dr. Yang to McKnight, Perkins and Xu | Hongda_13485 |
| 1016. | August 6-8, 2011 e-mail from Dr. Yang to McKnight, Perkins and Xu. | Hongda_13434-13435 |
| 1017. | August 16, 2011 e-mail from Perkins to Sheldon Witte of Agrium Advanced Technology | AAT_393 |
| 1018. | September 1, 2011 e-mail from Xu to Perkins | Hongda_13722-13723 |
| 1019. | September 6, 2011 e-mail from McKnight to Dr. Yang. | Hongda_13683-13687 |
| 1020. | September 10, 2011 e-mail from Perkins attaching his Call Report. | Hongda_13615-13617 |
| 1021. | September 20, 2011 e-mail from Xu to McKnight | Hongda_347 |
| 1022. | September 21, 2011 e-mails between Xu, McKnight and Perkins. | Hongda_571 |
| 1023. | Relevant excerpts from deposition transcript of Xu dated October 14, 2016; pp. 52:2-53:16 | None |
| 1024. | Relevant excerpts of the deposition transcript of Xu dated October 14, 2016; pp. 63:5-64:8 | None |
| 1025. | September 21, 2011 e-mail from Perkins to McKnight and Xu | Hongda_18311 |
| 1026. | September 21, 2011 e-mail from Xu to Perkins and McKnight | Hongda_18306-18307 |
| 1027. | Executed Agency Agreement - Perkins deposition transcript, Exhibit 3 | Sunfit_1-3 |
| 1028. | October 18, 2011 e-mail from Xu to McKnight | Hongda_13773 |
| 1029. | October 19-21, 2011 e-mails between Xu and McKnight | Hongda_959-961 |
| 1030. | October 21-22, 2011 e-mails between Xu and McKnight | Hongda_14246-14248 |
| 1031. | October 26, 2011 e-mails between Xu and McKnight | Hongda_14197-14200 |
| 1032. | October 29, 2011 e-mail between McKnight and Xu | Hongda_14182-14185 |
| 1033. | Corporate Registration for DravCo from the North Carolina Department of the Secretary of State | None |
| 1034. | Relevant excerpts of the deposition transcript of Jerry McKnight dated August 4, 2016; pp. 17:3-18:7 | None |
| 1035. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016; pp. 48:17-50:2 | None |
| 1036. | December 14, 2011 e-mail between McKnight, Perkins and Xu | Hongda_901-904 |
| 1037. | December 15, 2011 e-mail between Xu, McKnight and Perkins | Hongda_901 |
| 1038. | December 22, 2011 e-mail of McKnight's dictation in his notes | Hongda_312 |

| 1039. | December 30, 2011 e-mail from McKnight to Xu | Hongda_14652 |
|---|---|---|
| 1040. | January 5-6, 2012 e-mails between Perkins and Xu | Hongda_304 |
| 1041. | January 13, 2012 e-mail from Xu with report to McKnight and Perkins | Hongda_14557 |
| 1042. | January 19, 2012 e-mails between Xu, Perkins and McKnight | Hongda_301-302 |
| 1043. | Corporate Registration for Vasto from the North Carolina Department of the Secretary of State | None |
| 1044. | February 27, 2012 e-mails between Hongda and Sheldon Witte of Agrium | Hongda_15071-15072 |
| 1045. | March 5, 2012 e-mail from Xu to McKnight and Perkins | Hongda_14977 |
| 1046. | March 11, 2011 e-mail regarding Hongda sending a sample of Plant J NBPT to Helena Chemical Company. | HCC_1-6 |
| 1047. | March 5-7, 2011 e-mails between McKnight and Xu | Hongda_14975 |
| 1048. | March 12, 2012 e-mail from Xu to Perkins and McKnight | Hongda_14903-14904 |
| 1049. | March 12-13, 2012 e-mails between Perkins, Xu, McKnight and Long | Hongda_14905-14906 |
| 1050. | March 27-28, 2012 e-mails between Xu to McKnight | Hongda_15182 |
| 1051. | March 29, 2012 e-mails between Sheldon Witte and others at Agrium | AAT_81 |
| 1052. | Relevant excerpts of the deposition transcript of Chen dated November 22, 2016; pp. 122:1-128:21 | None |
| 1053. | False Sunfit Shareholder Resolution created by Matt Chen – Exhibit 26 to deposition transcript of Chen | AAT_458 |
| 1054. | April 1-9, 2012 e-mail string from Chen to Agrium - Exhibit 6 to deposition transcript of Matt Chen | AAT_28-30 |
| 1055. | Relevant excerpts of the deposition transcript of Chen dated November 22, 2016; pp. 113:3-117:17 | None |
| 1056. | Sunfit and YMS Cooperation Agreement - Exhibit 83 to deposition transcript of Matt Chen | Sunfit_263-264 |
| 1057. | April 9, 2011 e-mail between Xu and McKnight | Hongda_15292-15294 |
| 1058. | April 10, 2012 e-mail from Sunfit demanding payment of past due invoices | Hongda_358 |
| 1059. | April 25-29, 2011 e-mails between McKnight, Perkins, Xu and Dr. Yang | Hongda_15491-15492 |
| 1060. | May 1, 2011 e-mail from to Perkins and Xu | Hongda_15568 |
| 1061. | May 9, 2012 e-mail between Xu and McKnight discussing late payment claims by Sunfit - Exhibit 73 to deposition transcript of Xu | Hongda_293-294 |
| 1062. | Relevant excerpts of the deposition transcript of Xu dated October 14, 2016; pp.118:2-119:12 | None |
| 1063. | Relevant excerpts of the deposition transcript of Perkins dated April 26, 2013– page 314:2-22 | None |
| 1064. | May 13, 2012 e-mail from Xu to McKnight and Perkins | Hongda_15567 |

| | | |
|---|---|---|
| 1065. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 151:19-153:15 | None |
| 1066. | May 15, 2012 letter from Sunfit to Hongda – Exhibit 79 to deposition transcript of Xu | Sunfit_12-13 |
| 1067. | May 18, 2012 e-mail from Sunfit to McKnight | Hongda_286 |
| 1068. | May 29, 2012 e-mail from Xu to McKnight and Perkins | Hongda_15617 |
| 1069. | June 4, 2012 e-mail form Xu to McKnight and Perkins | Hongda_15613 |
| 1070. | June 5, 2012 e-mail from McKnight to Xu | Hongda_15603 |
| 1071. | June 6-7, 2012 e-mails between Xu and McKnight | Hongda_15664 |
| 1072. | June 8, 2012 e-mail from McKnight | Hongda_15655 |
| 1073. | June 11, 2012 e-mail between McKnight and Xu | Hongda_15664 |
| 1074. | June 12, 2012 e-mail from Xu to McKnight, Perkins and Amber Bowman with attached purchase order dated June 11, 2012 | Hongda_15645-15646 |
| 1075. | Relevant excerpts of the deposition transcript of Xu dated October 14, 2016; pp. 166:21-168:20 | None |
| 1076. | June 29, 2012 e-mail from Perkins to McKnight and Xu | Hongda_15762 |
| 1077. | July 3, 2012 e-mail from Perkins to McKnight | Hongda_580 |
| 1078. | July 9-10, 2012 e-mails from Xu | Hongda_15695-15696 |
| 1079. | July 9, 2012 e-mails from Xu | Hongda_15700 |
| 1080. | July 10, 2012 e-mail from Xu to Amber Bowman and attached Purchase Order dated June 11, 2012 | Hongda_15703-15705 |
| 1081. | July 10, 2012 e-mail from Helena to Perkins | HCC_19 |
| 1082. | July 10, 2012 e-mail from Perkins to Helena | Hongda_15701-15702 |
| 1083. | July 27, 2012 e-mail between individuals at Agrium circulating e-mails with Chen | AAT_224-228 |
| 1084. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016; pp. 66:11-67:1 | None |
| 1085. | Relevant excerpts of the deposition transcript of Chen dated November 21, 2016; page 107:19-110:24 | None |
| 1086. | Bill of Lading | Hongda_16473-16497 |
| 1087. | August 20, 2012 e-mails between Xu, McKnight and Perkins | Hongda_16132 |
| 1088. | Page from Hongda General Ledger | Hongda_2074 |
| 1089. | August 23, 2012 e-mail from Perkins to Xu | Hongda_16091 |
| 1090. | August 25, 2012 Purchase Order | Hongda_15999 |
| 1091. | August 26, 2012 e-mail from Xu to McKnight and Perkins | Hongda_15997 |
| 1092. | August 27, 2012 e-mail between Xu, McKnight and Perkins attaching Letter of Intention and Non-Disclosure Agreement | Hongda_16311-16313 |
| 1093. | September 9, 2012 e-mail from Xu to McKnight | Hongda_16300 |

| | | |
|---|---|---|
| 1094. | Pages from Hongda General Ledger | Hongda_2073 |
| 1095. | September 26, 2012 e-mails between Sunfit and Hongda | Hongda_507-508 |
| 1096. | September 27-28, 2012 e-mails between individuals at Hongda | Hongda_11581-11582 |
| 1097. | October 8, 2012 e-mail from Xu to Perkins and McKnight | Hongda_16421 |
| 1098. | October 18, 2012 e-mail from Jerry McKnight to Perkins | Hongda_11713-11714 |
| 1099. | October 19, 2012 e-mails between Perkins and Amber Bowman regarding structure of purchase through Plant J through Vasto | Hongda_11757-11758 |
| 1100. | October 22, 2012 letter from counsel for Sunfit to counsel of Plaintiffs | Sunfit_14-15; Hongda_1911 |
| 1101. | Corporate Registration for Eco Agro Resources, LLC from the North Carolina Department of the Secretary of State | None |
| 1102. | December 20, 2012 e-mail between McKnight, Perkins and Xu, among other new partners | Hongda_170 |
| 1103. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 352:19-360:13 | None |
| 1104. | Exhibit 56 of Perkins' April 26, 2013 Deposition Transcript consisting of Sunfit's Answer to Complaint with Counterclaims and exhibits thereto | None |
| 1105. | Purchase Orders and Invoices attached Sunfit's Second Amended Counterclaims and Amended Third-Party Complaint as its Exhibits 2 and 3 | None |

B. Documents Sunfit may offer as exhibits if the need arises:

| No. | Description | Bates No. |
|---|---|---|
| 1106. | E-mails dated October 19, 2012 between Perkins, McKnight and Amber Bowman | Hongda_192 |
| 1107. | Purchase Invoice date April 7, 2011 | Hongda_1757 |
| 1108. | E-mails dated June 7-8, 2012 between McKnight and Xu | Hongda_15651-15652 |
| 1109. | E-mails dated July 9-12 between Xu, McKnight and Bowman | Hongda_15708 |
| 1110. | E-mails dated August 26, 2012 between Xu and Long | Hongda_15998 |
| 1111. | E-mail dated October 21, 2012 from Xu to Bowman | Hongda_16399 |
| 1112. | E-mail dated September 29, 2012 from Xu to Bowman and Long to Xu | Hongda_16439 |
| 1113. | E-mail dated December 20, 2012 from Xu to Long forwarding prior e-mails from Hongda | Hongda_18529 |
| 1114. | E-mails dated March 23, 2015 between McKnight to J. McKnight | McKnight_2929 |
| 1115. | E-mail dated May 29, 2012 from J. McKnight to McKnight | Hongda_449 |
| 1116. | Pages from Hongda Group General Ledger as of December 31, 2015 | Hongda_1987 |

| | | |
|---|---|---|
| 1117. | Pages from Hongda Group General Ledger as of December 31, 2015 | Hongda_1989-1996 |
| 1118. | Pages from Hongda Group General Ledger as of December 31, 2015 | Hongda_1998 |
| 1119. | Pages from Hongda Group General Ledger as of December 31, 2015 | Hongda_2007 |
| 1120. | E-mails dated October 16-17, 2013 between McKnight and Perkins | McKnight_2835 |
| 1121. | Sunfit's Expert Report of John W. Meara | None |
| 1122. | Relevant excerpts from the deposition transcript of Perkins dated April 25, 2013; p. 103:9-13 | None |
| 1123. | Exhibit 8 to the deposition transcript of Perkins – E-mail dated March 18, 2011 from Perkins to Xu and McKnight | Hongda_384-385 |
| 1124. | Relevant excerpts from the deposition transcript of Perkins 368:3-16 | None |
| 1125. | Relevant excerpts from the deposition transcript of Perkins 384:1-9 | None |
| 1126. | Relevant excerpts from the deposition transcript of Perkins 400:3-15 | None |
| 1127. | Exhibit 58 to deposition transcript of Perkins Deposition – Complaint in this action dated October 26, 2012 | None |
| 1128. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013, pp. 407:24-409:2 | None |
| 1129. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 13:1-15:7 | None |
| 1130. | Relevant exhibits from the deposition transcript of McKnight dated August 5, 2016; pp. 132:2-133:23 | None |
| 1131. | Relevant exhibits from the deposition transcript of McKnight dated August 5, 2016; pp. 209:9-210:12 | None |
| 1132. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 204:13-205:15 | None |
| 1133. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 105:23-106:20 | None |
| 1134. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 182:10-183:20 | None |
| 1135. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 8:21-12:25 | None |
| 1136. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 22:8-27:19 | None |
| 1137. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 29:2-30:20 | None |
| 1138. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 53:5-55:7 | None |
| 1139. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 79:6-80:22 | None |
| 1140. | Perkins Deposition Exhibit 14 – E-mail dated November 7, 2011 | Hongda_327 |

| | | |
|---|---|---|
| 1141. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; p. 88:4-22 | None |
| 1142. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 113:2-114:5 | None |
| 1143. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 130:17-132:8 | None |
| 1144. | Exhibit 41 to deposition transcript of Perkins consisting of e-mail dated August 2, 2012 from Xu to McKnight | Hongda_277 |
| 1145. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; p. 187:2-17 | None |
| 1146. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 118:2-119:12 | None |
| 1147. | Exhibit 39 to deposition transcript of Perkins – E-mail dated May 20, 2012 from Xu to McKnight and Perkins | Hongda_598 |
| 1148. | Relevant excerpts from the deposition transcript of Chen dated November 22, 2016; pp. 99:7-101:7 | None |
| 1149. | Relevant excerpts from the deposition transcript of Sheldon Witte dated February 13, 207; p. 60:5-61:14 | None |
| 1150. | June 21, 2016 e-mails from Jerry McKnight to Gary McKnight and attachments | McKnight_37-40 |
| 1151. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 97:24-98:10 | None |
| 1152. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; p. 183:4-15 | None |
| 1153. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp.130:22-131:23 | None |
| 1154. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; p. 206:3-21 | None |
| 1155. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; p. 207:13-21 | None |
| 1156. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; p. 209:9-23 | None |
| 1157. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 219:8-221:25 | None |
| 1158. | February 12, 2013 e-mails between Agrium | AAT_274-278 |
| 1159. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 195:17-196-21. | None |
| 1160. | May14, 2012 report by Albemarle | ALB_540 |
| 1161. | November 23-26, 2012 e-mails between Matt Chen and Weihang Wang | YMS_283-285 |
| 1162. | September 17, 2012 e-mail from Bowman to Xu and McKnight | Hongda_16279 |
| 1163. | August 31, 2012 e-mail from Xu to McKnight, Perkins and Michael Scott | Hongda_16309 |
| 1164. | August 27, 2012 e-mail from Xu to McKnight and Perkins | Hongda_16311 |
| 1165. | July 25, 2012 Letter of Intent from Xiangdi Wang to Hongda Group Limited, LLC | Hongda_16312 |

| | | |
|---|---|---|
| 1166. | Relevant excerpts from the deposition transcript of Perkins dated April 25, 2013; p. 54:4-9 | None |
| 1167. | Relevant excerpts from the deposition transcript of Perkins dated April 25, 2013; pp. 67:16-70:13 | None |
| 1168. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 117:16-120:4 | None |
| 1169. | Exhibit 10 of Perkins Deposition dated April 25, 2013 consisting of e-mails dated September 6, 2011 between Xu, Perkins and McKnight | Hongda_608 |
| 1170. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 231:2-232:14 | None |
| 1171. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 233:5-234:25 | None |
| 1172. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 238:1-239:15 | None |
| 1173. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; 264:14-23 | None |
| 1174. | Relevant excerpts from the deposition transcript of Perkins dated April 26, 2013; pp. 275:1-277:3 | None |
| 1175. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 41:15-42:2 | None |
| 1176. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 63:12-64:13 | None |
| 1177. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 193:24-195:16 | None |
| 1178. | Relevant excerpts from the deposition transcript of McKnight dated August 5, 2016; pp. 206:3-207:3 | None |
| 1179. | E-mail dated September 18, 2011 between McKnight, Xu and Perkins | Hongda_13566 |
| 1180. | E-mail dated August 20, 2012 between Michael Scott, McKnight and Xu | Hongda_16134-16135 |
| 1181. | E-mail dated August 16, 2011 between Perkins, Xu and McKnight | Hongda_13310 |
| 1182. | E-mail dated July 19, 2012 between Agrium, Perkins, McKnight and Xu | Hongda_15834-15835 |
| 1183. | Vasto Chemical Company Annual Franchise Tax Report 2012 | None |
| 1184. | Hongda Group Limited LLC A/P Aging Detail as of December 31, 2013 | |
| 1185. | E-mails dated August 12, 2011 between Xu and Dr. Yang | Hongda_13362-13365 |
| 1186. | Hongda Group Limited LLC A/P Aging Detail as of December 31, 2013 | |
| 1187. | Hongda Group Limited LLP Vendor Balance Summary | McKnight_40 |
| 1188. | Hongda Group Limited LLP A/P Aging Summary June 21, 2016 | McKnight_38 |
| 1189. | E-mails dated August 1, 2016 between Jerry McKnight to McKnight and Amber Bowman | McKnight_56-56 |
| 1190. | Albemarle Press Release dated February 7, 2013 | Perkins_210-211 |

| 1191. | E-mails dated March 12, 2012 between Perkins, Xu and McKnight | Hongda_1107-1108 |
|---|---|---|
| 1192. | E-mails between Xu, Perkins and McKnight | Hongda_13460-13461 |
| 1193. | United States Patent Application Pub. No.: US 2014/0090432 A1 | None |
| 1194. | Exhibit 5 to deposition transcript of Wang dated April, 19, 2016, consisting of e-mail dated July 18, 2012 between Sunfit and Albemarle | None |
| 1195. | E-mails dated September 19, 2011 between Sunfit and Xu | Sunfit_51 |
| 1196. | Power point slide from Hongda | Hongda_12265 |
| 1197. | E-mails dated February 17, 2011 between Perkins, Xu, McKnight and Jerry McKnight - Exhibit 5 to Perkins deposition transcript | Hongda_434-438 |
| 1198. | E-mail dated July 19, 2012 between Xu and McKnight | Hongda_600 |
| 1199. | E-mail dated May 18, 2012 between Sunfit and Hongda | Hongda_286 |
| 1200. | E-mails dated March 12-13, 2012 between McKnight and Xu | Hongda_14898-14899 |
| 1201. | E-mail from Sunfit to Hongda | Hongda_118-119 |
| 1202. | E-mail dated August 3, 2012 from Perkins to McKnight and Xu | Hongda_11314-11315 |
| 1203. | E-mail dated November 24, 2012 from Xu to Perkins and McKnight | Hongda_186 |
| 1204. | E-mails dated October 18, 2012 between Amber Bowman, Perkins and Jerry McKnight - Exhibit 26 to Perkins deposition transcript | Hongda_515-516 |
| 1205. | Contract of Purchase between Albemarle and Hongda - Exhibit 13 to Perkins deposition transcript | None |
| 1206. | E-mail dated December 4, 2012 between Albemarle and Perkins – Exhibit 51 to Perkins deposition transcript | Hongda_517 |
| 1207. | Map of regions in China | Hongda_12266 |
| 1208. | Hongda Chem USA, LLC Certificate of Administrative Dissolution from State of North Carolina, Department of Secretary of State | None |
| 1209. | E-mails dated June 25, 2012 between Xu, Perkins and McKnight | Hongda_15793-15794 |
| 1210. | E-mails dated August 2, 2012 between McKnight and Xu | Hongda_15907-15908 |
| 1211. | E-mails dated October 19, 2012 between Hongda and Helena | Hongda_11751-11752 |
| 1212. | February 1, 2012 Credit Information and Uniform Sales & Use Tax Certificate from Helena | HCC_22-23 |
| 1213. | Vasto Chemical Company, Inc. Customer Balance Sheet – Exhibit 66 to Jerry McKnight deposition transcript | Hongda_1965-1966 |
| 1214. | E-mail dated December 21, 2011 between Perkins and Gavilon - Exhibit 32 to Perkins deposition transcript | Hongda_540 |
| 1215. | E-mails dated December 14, 2011 between Perkins, Xu and McKnight - Exhibit 31 to Perkins deposition transcript | Hongda_590 |

| | | |
|---|---|---|
| 1216. | E-mails dated September 28, 2012 between Amber Bowman and Perkins - Exhibit 45 to Perkins deposition transcript | Hongda_496-498 |
| 1217. | E-mails dated September 17, 2012 between Amber Bowman and McKnight - Exhibit 43 to Perkins deposition transcript | Hongda_257 |
| 1218. | E-mails dated January 6, 2012 between Perkins, Xu and McKnight - Exhibit 33 to Perkins deposition transcript | Hongda_304-305 |
| 1219. | E-mails dated August 4-6, 2012 between Hongda - Exhibit 22 to Perkins deposition transcript | Hongda_275-276 |
| 1220. | E-mail dated June 8, 2012 between Hongda and Agrium - Exhibit 38 to Perkins deposition transcript | Hongda_562-563 |
| 1221. | E-mail dated December 8, 2011 between Perkins and Albemarle – Exhibit 48 to Perkins deposition transcript | Hongda_569 |
| 1222. | E-mails dated November 7, 2012 between Albemarle and Hongda | Hongda_189-191 |
| 1223. | E-mail dated March 26, 2012 between Xu, McKnight and Perkins - Exhibit 37 to Perkins deposition transcript | Hongda_343 |
| 1224. | E-mails dated February 23, 2012 between Xu and Perkins | Hongda_15107-15108 |
| 1225. | E-mail dated November 2, 2012 between Agrium and Perkins | Hongda_11765 |
| 1226. | E-mail dated June 20, 2012 between individuals at Agrium - Exhibit 52 to deposition transcript of Perkins | AAT_202 |
| 1227. | Relevant excerpts of deposition transcript of Sheldon Witte dated February 13, 2017; pp. 47:24-49:12 | None |
| 1228. | Exhibit 99 to deposition transcript of Sheldon Witte dated February 13, 2017 consisting of Map of China Regions | None |
| 1229. | Relevant excerpts of deposition transcript of Sheldon Witte dated February 13, 2017; pp. 49:13-50:11 | None |
| 1230. | Exhibit 100 of deposition transcript of Sheldon Witte dated February 13, 2017 consisting of image of Jiangxi Plant | Hongda_12267 |
| 1231. | Relevant excerpts of deposition transcript of Sheldon Witte dated February 13, 2017; pp. 38:19-39:15 | None |
| 1232. | Exhibit 97 to deposition transcript of Sheldon Witte dated February 13, 2017 consisting of e-mails dated March 6, 2012 between individuals at Agrium | AAT_118-122 |
| 1233. | E-mails dated August 16, 2011 between Hongda and Agrium | Perkins_165-168 |
| 1234. | E-mails dated March 5, 2012 between individuals at Agrium – Chen deposition transcript Exhibit 9] | AAT_54-61 |
| 1235. | E-mail dated October 18, 2012 between individuals at Hongda | Hongda_13448 |
| 1236. | Amendment to Revolving Line of Credit | Perkins_4-5 |
| 1237. | Answer with Counterclaims in Koch Agronomic Services, LLC v. Eco Agro Resources LLC – 14:cv-00679-WO-JEP | None |
| 1238. | E-mail dated November 16, 2013 between Perkins, McKnight, Xu and Michael Scott | McKnight_2812 |
| 1239. | January 4, 2013 e-mail between individuals at Albemarle | ALB_*** |
| 1240. | May 14, 2012 memo from Albemarle | ALB_*** |

| | | |
|---|---|---|
| 1241. | E-mail dated August 16, 2011 from Perkins to Sheldon Witte | Hongda_1126-1127 |
| 1242. | E-mail dated August 16, 2011 from Perkins to Sheldon Witte | AAT_247-248 |
| 1243. | Relevant excerpts from the deposition transcript of Xu dated October 14, 2016; pp. 145:4-148:25 | None |
| 1244. | E-mail dated August 30, 2012 from McKnight to Xu regarding shipment from Long Ji - Xu deposition transcript Exhibit 76 | Hongda_271 |
| 1245. | E-mail dated November 2, 2011 between Xu and McKnight - Xu deposition transcript Exhibit 70] | Hongda_335 |
| 1246. | E-mail dated January 11, 2012 between Jerry McKnight, David McKnight and Xu | Hongda_10874 |
| 1247. | August 28, 2012 powerpoint presentation from Hongda to Koch: NBPT Supply Situation Review, Update, and Moving Forward - Perkins deposition transcript Exhibit 50 | Hongda_120-152 |
| 1248. | E-mail dated February 29, 2012 between Xu, McKnight and Perkins – Perkin's deposition transcript Exhibit 18 | Hongda_554 |
| 1249. | Resolution as to Ownership of Sunfit | Sunfit_713-715 |
| 1250. | Resolution as to Ownership of Sunfit | Sunfit_712 |
| 1251. | All responses to interrogatories, requests for production, and requests for admission served by any party. | None |
| 1252. | E-mails dated August 3-4, 2012 between McKnight and Perkins | Hongda_10867-10869 |
| 1253. | E-mails dated September 28, 2012 between McKnight, Perkins and Xu | Hongda_11579-11580 |
| 1254. | E-mail dated September 26, 2012 from McKnight to Perkins | Hongda_11593 |
| 1255. | E-mail dated December 28, 2011 from Perkins to Xu and McKnight | Hongda_14690 |
| 1256. | E-mail dated January 27, 2012 from Xu to Perkins and McKnight | Hongda_14861 |
| 1257. | E-mail dated January 20, 2012 from Xu to Amber Bowman | Hongda_14869 |
| 1258. | E-mail dated January 19, 2012 from Xu to Perkins and Amber Bowman | Hongda_14883-14884 |
| 1259. | E-mail dated March 28, 2012 from McKnight to Xu | Hongda_15339 |
| 1260. | E-mail dated March 28, 2012 from Xu to Perkins and McKnight | Hongda_15340 |
| 1261. | E-mail dated May 25, 2012 from Perkins to Xu and McKnight | Hongda_15618 |
| 1262. | E-mail dated June 8, 2012 from Xu to Perkins and McKnight | Hongda_15649 |
| 1263. | E-mail dated July 10, 2012 from Perkins to Xu and McKnight | Hongda_15697-15698 |
| 1264. | E-mail from Perkins to Xu and McKnight dated July 3, 2012 | Hongda_15756 |
| 1265. | E-mail from Xu dated August 2, 2012 | Hongda_15905-15906 |
| 1266. | E-mails dated November 12-13, 2012 between Xu and McKnight | Hongda_16319-16320 |
| 1267. | E-mails dated October 9, 2012 between Xu and McKnight | Hongda_16407-16408 |
| 1268. | E-mail dated January 2, 2013 from Xu to McKnight and Perkins | Hongda_18511 |

17

| 1269. | E-mail dated February 25, 2013 from Xu to McKnight and Perkins | Hongda_19011 |
|---|---|---|
| 1270. | E-mails dated April 2-8, 2013 between Xu, Perkins and McKnight | Perkins_486-487 |
| 1271. | All pleadings filed by any party. | None |
| 1272. | Any exhibits to Sunfit's motion for summary judgment not otherwise designated herein. | None |
| 1273. | Any exhibits to Hongda and Third-Party Defendants' motion for summary judgment not otherwise designated herein. | None |
| 1274. | Any exhibits to YMS' motion for summary judgment not otherwise designated herein. | None |
| 1275. | Hongda General Ledger as of December 31, 2015 | Hongda_1967-2211 |
| 1276. | Exhibit 91 from James Bolding deposition providing a timeline regarding Eco Agro. | None |
| 1277. | E-mail dated August 26, 2012 between Xu, McKnight and Perkins | Hongda_1463 |
| 1278. | Demonstrative Exhibit /Timeline | None |

Dated: September 6, 2019

Respectfully submitted,

_____
Michael T. Conway (admitted *pro hac vice*)
N.Y. State Bar No. 2844025
Michael.Conway@OffitKurman.com
Stephen M. Forte (admitted *pro hac vice*)
N.Y. State Bar No. 4707626
Stephen.Forte@OffitKurman.com

Offit Kurman P.A.
10 East 40th Street – 35th Floor
New York, New York 10016
Telephone: (212) 545-1900
Facsimile: (212) 545-1656

/s/ D. Beth Langley
D. Beth Langley
N.C. State Bar No. 19117
blangley@haganbarrett.com
*Attorneys for Defendant and Third Party Plaintiff Shangyu Sunfit Chemical Company, Ltd.*

BROOKS, PIERCE, McLENDON
HUMPHREY & LEONARD, LLP
P.O. Box 26000
Greensboro, NC 27420
Telephone: (336) 373-8850
Facsimile: (336) 378-1011

18

CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of the foregoing **DEFENDANT AND THIRD-PARTY PLAINTIFF'S PRETRIAL DISCLOSURES** was duly served on September 6, 2019, on the parties listed below by ECF:

      Peter A. Santos, Esq.
      Robert Daniel Boyce, Esq.
      Christine L Myatt
      James Smith
      NEXSEN PRUET, PLLC
      227 West Trade Street, Suite 1550
      Charlotte, NC 28202

      Scott F. Wyatt, Esq.
      Wyatt Early Harris Wheeler LLP
      P.O. Drawer 2086
      High Point, NC 27261-2086

This the 6th day of September, 2019.

                        /s/ Kimberly M. Marston
                        Kimberly M. Marston