IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| HONGDA CHEM USA, LLC, and<br>HONGDA GROUP LIMITED, LLC,<br>     Plaintiffs,<br><br>     v.<br><br>SHANGYU SUNFIT CHEMICAL<br>COMPANY, LTD. and YMS<br>AGRICULTURE INTERNATIONAL<br>CORP.,<br><br>     Defendants.<br><br>SHANGYU SUNFIT CHEMICAL<br>COMPANY, LTD.,<br><br>     Third-Party Plaintiff,<br><br>     v.<br><br>GARY DAVID MCKNIGHT;<br>RAYMOND P. PERKINS; WEI XU;<br>and VASTO CHEMICAL<br>COMPANY, INC,<br><br>     Third-Party Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:12-CV-1146 |

## <u>SUPPLEMENTAL JUDGMENT</u>

For the reasons set forth in the Order filed contemporaneously with this Judgment,

it is hereby **ORDERED AND ADJUDGED** that:

1.  The motion for attorneys' fees, Doc. 314, is **GRANTED;** and

2.  Hongda Chem USA, LLC, Hongda Group Limited, LLC, and the Third-Party

    Defendants, Gary David McKnight, Raymond P. Perkins, Wei Xu, and Vasto

    Chemical Company, Ltd. are jointly and severally liable for payment of

attorneys' fees in the amount of $600,000 to Shangyu Sunfit Chemical

Company, Ltd.

This the 16th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE

2